United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 20-50320-KMS |
| Jada McFarland Lawrence | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jada McFarland Lawrence, 3A Robert Dr, Petal, MS 39465-9120 |
| 4882983 | + | Atlas Acquisitions LLC Assignee of CashNetUSA, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Hackensack, NJ 07666-1713 |
| 4848804 | + | Cbc Recovery, 1208 W Pine Street, Hattiesburg, MS 39401-5060 |
| 4848805 | + | Century First DFCU, 3318 Hardy St, Hattiesburg, MS 39401-6962 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ATLASACQU | Apr 17 2025 23:43:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 4850850 | | Email/Text: bankruptcy@centuryfirstfcu.com | Apr 17 2025 19:44:00 | CENTURY FIRST FEDERAL CREDIT UNION, P O BOX 373, LAUREL MS 39441 |
| 4848806 | | EDI: WFNNB.COM | Apr 17 2025 23:43:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 4848807 | + | Email/Text: mhbkr@firstbankonline.com | Apr 17 2025 19:44:00 | FirstBank, 520 Summit Hill Drive, Suite 801, Knoxville, TN 37902-2006 |
| 4848808 | | EDI: WFNNB.COM | Apr 17 2025 23:43:00 | HSN, Comenity Capital Bank, P.O. Box 659707, San Antonio, TX 78265 |
| 4848810 | + | Email/Text: ebone.woods@usdoj.gov | Apr 17 2025 19:44:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4848809 | | EDI: IRS.COM | Apr 17 2025 23:43:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4848811 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 17 2025 19:48:01 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 4857528 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 17 2025 19:44:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 4877781 | | Email/Text: perituselevate@peritusservices.com | Apr 17 2025 19:44:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 4848812 | | EDI: PRA.COM | Apr 17 2025 23:43:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4886618 | | EDI: PRA.COM | Apr 17 2025 23:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4848813 | | Email/Text: bankruptcy@republicfinance.com | Apr 17 2025 19:44:00 | Republic Finance, 282 Tower Rd, Ponchatoula, LA 70454 |
| 4848814 | + | EDI: PHINELEVATE | Apr 17 2025 23:43:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 3180W | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | 76185-1808 |
| 4848815 | + Email/Text: bkinfo@ccfi.com | Apr 17 2025 19:44:00 | | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 4857686 | + Email/Text: bkinfo@ccfi.com | Apr 17 2025 19:44:00 | | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 4848816 | ^ MEBN | Apr 17 2025 19:41:22 | | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CENTURYFIRST FEDERAL CREDIT UNION, 3318 HARDY STREET, HATTIESBURG MS 39401-6962, address filed with court:, Century First Federal Credit Union, PO Box 373, Laurel, MS 39441 |
| cr | *+ | FirstBank, 520 Summit Hill Drive, Suite 801, Knoxville, TN 37902-2006 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jeff D. Rawlings | on behalf of Creditor FirstBank Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jada McFarland Lawrence trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jada McFarland Lawrence** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−1627** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **20−50320−KMS** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Jada McFarland Lawrence**
fka Jada McFarland

Dated: 4/17/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**